```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 07822
    DARLIN GRAHAM
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2515

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/30/2007 and was confirmed 08/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
HSBC BANK USA              CURRENT MORTG        .00              .00             .00
HSBC BANK USA              MORTGAGE ARRE    2013.20              .00         2013.20
COOK COUNTY TREASURER      SECURED          4534.00              .00          836.00
CITY OF CHICAGO WATER DE   SECURED           468.00              .00           88.00
CITY OF CHICAGO WATER DE   UNSECURED      NOT FILED              .00             .00
ILLINOIS DEPT OF REVENUE   PRIORITY       NOT FILED              .00             .00
INTERNAL REVENUE SERVICE   PRIORITY          500.00              .00          403.20
AMERICASH LOANS LLC        UNSECURED         303.50              .00             .00
DRS BONDED COLLECTION      UNSECURED      NOT FILED              .00             .00
ER SOLUTIONS INC           UNSECURED      NOT FILED              .00             .00
ERNESTO D BORGES JR        UNSECURED      NOT FILED              .00             .00
EVERGREEN PROF RECOVERIE   UNSECURED      NOT FILED              .00             .00
FIRST CONSUMERS NATIONAL   UNSECURED      NOT FILED              .00             .00
GENESIS FINANCIAL SOLUTI   UNSECURED      NOT FILED              .00             .00
ILLINOIS DEPT OF REVENUE   UNSECURED      NOT FILED              .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1233.60             .00             .00
NICOR GAS                  UNSECURED         2561.57             .00             .00
SALLIE MAE INC             UNSECURED         1389.84             .00             .00
SALLIE MAE INC             UNSECURED          875.00             .00             .00
SECURITY BANK              UNSECURED      NOT FILED              .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       1,934.00                        1,934.00
TOM VAUGHN                 TRUSTEE                                             375.60
DEBTOR REFUND              REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  5,650.00

PRIORITY                                       403.20
SECURED                                      2,937.20

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 07822 DARLIN GRAHAM
```

```
UNSECURED                                                        .00
ADMINISTRATIVE                                              1,934.00
TRUSTEE COMPENSATION                                          375.60
DEBTOR REFUND                                                    .00
                                        ----------------    ----------------
TOTALS                                         5,650.00           5,650.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 07/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```